1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   RUBEN SERVIN,                    )   Case No. CV 08-1446 PSG(JC)
                                      )
12                   Petitioner,      )   (PROPOSED) ORDER ADOPTING
                                      )   FINDINGS, CONCLUSIONS, AND
13          v.                        )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE
14   A. HEDGPETH, Warden, et al.,     )   JUDGE
                                      )
15                                    )
                     Respondents.     )
16                                    )
17   _____

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second

19   Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the

20   "Petition"), all of the records herein, and the attached Report and Recommendation

21   of United States Magistrate Judge.  The Court approves and adopts the United

22   States Magistrate Judge's Report and Recommendation.

23          IT IS ORDERED that Judgment be entered denying the Petition and

24   dismissing this action with prejudice.

25   ///

26   ///

27   ///

28   ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and counsel for respondents.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  **8/4/11**

7

8                              **PHILIP S. GUTIERREZ**

9                              HONORABLE PHILIP S. GUTIERREZ
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28