# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SERVIN,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>    Respondents. | Case No. CV 08-1446 PSG(JC)<br><br>(PROPOSED) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: **8/4/11**

**PHILIP S. GUTIERREZ**

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE